UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

v.  14-MJ-590F

MUFID A. ELFGEEH,

      Defendant.
───────────────────────────────

## SPEEDY TRIAL ORDER

On August 4, 2014, the Court held a status conference in the above-captioned matter. Assistant United States Attorneys Brett A. Harvey and Frank H. Sherman appeared for the government. The defendant, Mufid A. Elfgeeh, appeared with his attorney, Mark D. Hosken, Esq. During the status conference, the defendant and defense counsel agreed to adjourn the detention hearing in this matter without a date, and the government agreed to provide additional voluntary discovery materials to the defense. At the request of defense counsel, the Court scheduled a preliminary hearing for September 19, 2014.

With the consent and agreement of the defendant, counsel for the defendant and the government, the Court excluded from the speedy indictment clock in this action the time period from and including August 4, 2014, to and including September 19, 2014, as being in the interest of justice and not contrary to the interests of the public and the defendant in a speedy indictment pursuant to 18 U.S.C. §3161(h)(7)(A). The Court specifically found that the defendant's interest in obtaining and reviewing additional voluntary discovery materials provided by the government, and preparing for the preliminary hearing, outweigh the interest of the public and the defendant in a speedy indictment.

Specifically, and for the reasons set forth above and set forth by the Court on the record during the status conference on August 4, 2014, the Court determines that the defendant's interest in obtaining and reviewing additional voluntary discovery materials provided by the government, and preparing for the preliminary hearing, outweighs the defendant's and the public's interest in a speedy indictment and constitutes good cause for the delay in the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d).

NOW, therefore, it is hereby

ORDERED that the time in this matter from and including August 4, 2014, to and including September 19, 2014, is properly excluded from the time within which an indictment must be filed in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

DATED: Rochester, New York, August 9, 2014.

_____
HONORABLE JONATHAN W. FELDMAN
United States Magistrate Judge